

**PhyCom** corp

comprehensive physician services

209-526-8038

PERSONAL AND CONFIDENTIAL

# URGENT COMMUNICATION

DATE OF THIS NOTICE:  August 10, 2006

Ramg
**Patricia C Bankston**
**6503 San Ignacio  Ave**
**San Jose, CA 95119**

PATIENT ACCOUNT FOR:  RAMG
Account #:  151829
Balance: $35.00.

## NOTICE OF ASSIGNMENT

This has been sent to you by an agency responsible for assisting the physician with accounts.  This is an attempt to collect a debt.  Your account has been assigned to this office for immediate collection.  This balance is at least 60 days old, and we must make a decision regarding the future of this account very soon.

PAYMENT IN FULL IS EXPECTED IMMEDIATELY.  Partial payment does not constitute an agreement with this office, nor the Doctor to make sure that you protect yourself, you should pay the balance in full, or contact our office to discuss your plans for payment.  If you do not telephone, the Doctor will consider using a collection agency or civil action to pursue the debt.

Direct all questions to PhyCom Corp.        In California:  209 526-8038   Other states:  888 582-0814

FEDERAL LAW P.L. 95-109 SEC. 809 STATES:

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid.  If you notify this office within 30 days from receiving this notice, the office will: obtain verification of the debt or obtain a copy of a judgment and mail a copy of such judgment or verification to you.

This is an attempt to collect a debt.  Any information will be used for that purpose.

------------------------------------------------------------------------------------------------------------

PLEASE DETACH AND RETURN THIS PORTION.
MAKE CHECK OR MONEY ORDER PAYABLE TO:     RAMG
                                          P.O. BOX 1430
                                          Los Gatos, CA 95031

Account #:  151829                    Amount Enclosed: $_____

R:\Program Files\DSI\elligence Application Server\website\bin\wrd\PatientLabel\Collect60 - Ramg.doc

**EXHIBIT**

**1**