# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

PATRICIA CLAIRE BANKSTON

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

C 07 03982 JF

PHYCOM CORP.

PVT

TO:

PhyCom Corp.
c/o Nick Maddocks, Agent for Service of Process
2209 Coffee Road, Suite M
Modesto, California 95355-2360

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

Fred W. Schwinn, Esq.
Consumer Law Center, Inc.
12 South First Street, Suite 416
San Jose, CA 95113-2404

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING

8-2-07

CLERK

DATE

(BY) DEPUTY CLERK

Sandy Morris

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Fred W Schwinn, 225575<br>CONSUMER LAW CENTER<br>12 S 1ST ST STE 416<br>SAN JOSE, CA 95113-2404<br>TELEPHONE NO.: (408) 294-6100<br>ATTORNEY FOR (Name): Plaintiff | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF |
|---|
| United States District Court<br>280 S. First St. #2112<br>San Jose, CA 95113-3008 |

| PLAINTIFF/PETITIONER: Patricia Claire Bankston | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: PhyCom Corp. | C07-03982-JF-PVT |

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>none |
|---|---|

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Summons In A Civil Case, Complaint, Order Setting Initial Case Management Conference & ADR Deadlines, Standing Order re Case Management, Standing Order-Contents of Joint Case Management Statement, Standing Order for Pretrial Preparation, Consent to Proceed Before a US Magistrate Judge, ADR Instructions, Blank ADR Certification, Blank Stip & Proposed Order Selecting ADR, Blank Notice of Need for ADR Phone Conf., EFC

3. a. Party served: PhyCom Corp.

   b. Person Served: Nick Maddocks - Person authorized to accept service of process

4. Address where the party was served: 2209 Coffee Road Suite M
   Modesto, CA 95355

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or (date): August 20, 2007    (2) at (time): 2:57 pm

6. The "Notice to the Person Served" (on the summons) was completed as follows:

**BY FAX**

7. **Person who served papers**
   a. Name: Ronnie Mason, Jr.
   b. Address: One Legal, Inc. - 132-Marin
      504 Redwood Blvd #223
      Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 64.00
   e. I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No. 93
         (iii) County MERCED

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: August 21, 2007

Ronnie Mason, Jr.
(NAME OF PERSON WHO SERVED PAPERS)

*R. M.* (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

FF# 6645977

# ONE LEGAL, INC.
## CONFIRMATION For **Service of Process**



Date: 8/21/2007

| | |
|---|---|
| **ONE LEGAL, INC. CONFIRMATION FOR ORDER NO: 6645977** | |

| | | | |
|---|---|---|---|
| Customer | CONSUMER LAW CENTER | Attorney | Fred W Schwinn |
| Customer No. | 0055054 | Attorney e-mail | fred.schwinn@sjconsumerlaw.com |
| Address | 12 S 1ST ST STE 416<br>SAN JOSE, CA 95113-2404 | Contact | Fred W Schwinn |
| | | Contact e-mail | fred.schwinn@sjconsumerlaw.com |
| | | Contact Phone | (408) 294-6100 |
| | | Contact Fax | (408) 294-6190 |
| | | Law Firm File Number | none |

**Case Information:**

Case Number C07-03982-JF-PVT
County SANTA CLARA
Court Northern District of California
Case Short Title Patricia Claire Bankston vs. PhyCom Corp.

**Documents Received:** — No. Docs: 13 No. Pgs: 55

Summons In A Civil Case, Complaint, Order Setting Initial Case Management Conference & ADR Deadlines, Standing Order re Case Management, Standing Order-Contents of Joint Case Management Statement, Standing Order for Pretrial Preparation, Consent to Proceed Before a US Magistrate Judge, ADR Instructions, Blank ADR Certification, Blank Stip & Proposed Order Selecting ADR, Blank Notice of Need for ADR Phone Conf., EFC Registration Info Handout, ADR Procedures

Party to Serve: PhyCom Corp.     Service address: 2209 Coffee Road Suite M
                                                    Modesto, CA 95355

**This is a Confirmation Only. Not an Invoice!**

| Notes: | Services: | Summary of Charges: |
|---|---|---|
| Service Status: Served | Standard | 44.00 |
| | Surcharge | 20.00 |
| | Check No. | **Total:** 64.00 |

Attached is your proof of service that is ready for filing in accordance with CRC2005. If you have any questions, you encounter any problems filing this document or would like One Legal to file the proof of service for you, please contact:
SOP Northern Branch, Ph: 510-835-3100, Fx: 510-873-0984
Thank you for choosing One Legal for your process serving needs.