JEFFER, MANGELS, BUTLER & MARMARO LLP
MICHAEL J. HASSEN (Bar No. 124823), mjh@jmbm.com
Two Embarcadero Center, Fifth Floor
San Francisco, California 94111-3824
Telephone:   (415) 398-8080
Facsimile:    (415) 398-5584

Attorneys for Defendant PHYCOM CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| PATRICIA CLAIRE BANKSTON, | CASE NO.   C07-03982 JF PVT |
|---|---|
| Plaintiff, | **NOTICE OF MOTION TO DISMISS COMPLAINT PURSUANT TO FRCP RULE 12(b)(6)** |
| v. | |
| PHYCOM CORP., a California corporation, | Date:        November 16, 2007 |
| Defendant. | Time:        9:00 a.m.<br>Courtroom: 3<br>Judge:       Hon. Jeremy Fogel |

TO PATRICIA CLAIRE BANKSTON AND HER ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on November 16, 2007, at 9:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 3 of the above-entitled court, located at 280 South First Street, San Jose, California 95113, before the Honorable Jeremy Fogel, defendant PhyCom Corp. will and hereby does move the Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss the Complaint of plaintiff Patricia Claire Bankston on the ground that it fails to state a claim upon which relief can be granted because the consumer collection letter upon which the claims in the Complaint are premised complies with the federal Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.*, and California Rosenthal Act, Cal. Civ. Code, § 1788 *et seq.*

This Motion is based on this Notice, the Memorandum of Points and Authorities, the papers and records on file with the Court, and on such oral and documentary evidence as may be presented at the hearing on the motion to dismiss.

DATED: September 10, 2007

JEFFER, MANGELS, BUTLER & MARMARO LLP
MICHAEL J. HASSEN

By: _/s/ Michael J. Hassen_____
MICHAEL J. HASSEN
Attorneys for Defendant PHYCOM CORP.