JEFFER, MANGELS, BUTLER & MARMARO LLP
MICHAEL J. HASSEN (Bar No. 124823), mjh@jmbm.com
Two Embarcadero Center, Fifth Floor
San Francisco, California 94111-3824
Telephone:   (415) 398-8080
Facsimile:    (415) 398-5584

Attorneys for Defendant PHYCOM CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PATRICIA CLAIRE BANKSTON,<br><br>           Plaintiff,<br><br>v.<br><br>PHYCOM CORP.,<br><br>           Defendant. | CASE NO.   C07-03982 JF PVT<br><br>**CERTIFICATE OF INTERESTED ENTITIES OR PARTIES [Civil L.R. 3-16]** |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: September 10, 2007

JEFFER, MANGELS, BUTLER & MARMARO LLP
MICHAEL J. HASSEN

By: _/s/ Michael J. Hassen_
MICHAEL J. HASSEN
Attorneys for Defendant PHYCOM CORP.

621411v1