Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2403
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
PATRICIA CLAIRE BANKSTON

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| PATRICIA CLAIRE BANKSTON,<br><br>    Plaintiff,<br><br>v.<br><br>PHYCOM CORP., a California corporation,<br><br>    Defendant. | Case No.  C07-03982-JF-PVT<br><br>**NOTICE OF UNAVAILABILITY OF COUNSEL** |

**NOTICE IS HEREBY GIVEN TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD** that Plaintiff's counsel, FRED W. SCHWINN, is unavailable on the following dates:

   October 25, 2007, through November 11, 2007, inclusive.

   March 30, 2008, through April 19, 2008, inclusive.

   Counsel will be unavailable for any purpose whatsoever, including but not limited to, receiving notices of any kind, responding to ex-parte applications, appearing in court or attending depositions.

                                            CONSUMER LAW CENTER, INC.


Dated: October 2, 2007                      By: /s/ Fred W. Schwinn
                                                Fred W. Schwinn, Esq.
                                                Attorney for Plaintiff
                                                PATRICIA CLAIRE BANKSTON