IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA CLAIRE BANKSTON,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>PHYCOM CORP.,<br><br>　　　　　　　　　　　Defendant. | Case No. C07-03982-JF-PVT<br><br>**ADR CERTIFICATION BY PARTIES AND COUNSEL** |

　　　　Pursuant to Civ. L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

　　　　(1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

　　　　(2) Discussed the available dispute resolution options provided by the Court and private entities; and

　　　　(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 10/9/07

　　　　　　　　　　　　　　　　　　　　　　*/s/ Patricia C. Bankston*
　　　　　　　　　　　　　　　　　　　　　　Patricia Claire Bankston, Plaintiff

Dated: 10-9-07

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Fred W. Schwinn, Esq.
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff