1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 1014
   San Jose, California  95113-2403
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   PATRICIA CLAIRE BANKSTON

6

7

8  **IN THE UNITED STATES DISTRICT COURT
   FOR THE NORTHERN DISTRICT OF CALIFORNIA
9  SAN JOSE DIVISION**

10 PATRICIA CLAIRE BANKSTON,                Case No.  C07-03982-JF-PVT

11                Plaintiff,
                                            **NOTICE OF SERVICE OF
12 v.                                       PLAINTIFF'S INITIAL
                                            DISCLOSURES PURSUANT TO
13 PHYCOM CORP., a California corporation,  FED. R. CIV. P. 26(a)(1)**

14                Defendant.

15

16     **COMES NOW** the Plaintiff, PATRICIA CLAIRE BANKSTON, by and through counsel,

17 Fred W. Schwinn of the Consumer Law Center, Inc., and hereby notifies the Court that on the 23rd

18 day of October, 2007, a true and accurate copy of the <u>Plaintiff's Initial Disclosures Pursuant to Fed.</u>

19 <u>R. Civ. P. 26(a)(1)</u> and a copy of this notice were deposited in the United States mail, postage

20 prepaid, addressed to the following:

21     Michael J. Hassen
       Jeffer Mangels Butler & Marmaro, LLP
22     Two Embarcadero Center, Fifth Floor
       San Francisco, CA  94111-3824
23         Attorney for Defendant

24

25 Dated: October 23, 2007             By: /s/ Fred W. Schwinn
                                            Fred W. Schwinn, Esq.
26                                          Attorney for Plaintiff
                                            PATRICIA CLAIRE BANKSTON
27

28

NOTICE OF SERVICE OF PLAINTIFF'S INITIAL DISCLOSURES          Case No.  C07-03982-JF-PVT