Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2403
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
PATRICIA CLAIRE BANKSTON

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| PATRICIA CLAIRE BANKSTON,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>PHYCOM CORP., a California corporation,<br><br>　　　　　　Defendant. | Case No. C07-03982-JF-PVT<br><br>**JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

　　　　The parties in the above-entitled action jointly request to continue the Case Management Conference, currently scheduled for November 2, 2007. On September 10, 2007, Defendant filed a <u>Motion to Dismiss Complaint Pursuant to FRCP Rule 12(b)(6)</u>. The hearing for said motion is set on November 16, 2007, at 9:00 a.m. In light of Defendant's Motion to Dismiss and no Answer yet being on file in this case, the parties jointly request that the Case Management Conference be continued for 45-60 days.

Dated: October 23, 2007　　　　　　　　　　　　/s/ Fred W. Schwinn
　　　　　　　　　　　　　　　　　　　　　　　　　Fred W. Schwinn, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　　　　PATRICIA CLAIRE BANKSTON

Dated: October 23, 2007　　　　　　　　　　　　/s/ Michael J. Hassen
　　　　　　　　　　　　　　　　　　　　　　　　　Michael J. Hassen, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　　　　PHYCOM CORP.

**[PROPOSED] ORDER**

Having considered the parties' Joint Request to Continue Case Management Conference, the request is GRANTED.  A Case Management Conference shall be held on _____, at 10:30 a.m. in Courtroom 3.  The parties shall file a Joint Case Management Statement no later than _____.

Dated: _____

　　　　　　　　　　　　　　　　　　　　　　　　Honorable Jeremy Fogel
　　　　　　　　　　　　　　　　　　　　　　　　United States Judge