1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 1014
   San Jose, California 95113-2403          **E-filed 10/24/07**
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   PATRICIA CLAIRE BANKSTON
6

7

8  **IN THE UNITED STATES DISTRICT COURT
   FOR THE NORTHERN DISTRICT OF CALIFORNIA
9  SAN JOSE DIVISION**

10  PATRICIA CLAIRE BANKSTON,                Case No. C07-03982-JF-PVT

11                  Plaintiff,
                                             **JOINT REQUEST TO CONTINUE
12  v.                                       CASE MANAGEMENT
                                             CONFERENCE AND
13  PHYCOM CORP., a California corporation,  [PROPOSED] ORDER**

14                  Defendant.

15

16    The parties in the above-entitled action jointly request to continue the Case Management

17  Conference, currently scheduled for November 2, 2007. On September 10, 2007, Defendant filed

18  a Motion to Dismiss Complaint Pursuant to FRCP Rule 12(b)(6). The hearing for said motion is

19  set on November 16, 2007, at 9:00 a.m. In light of Defendant's Motion to Dismiss and no Answer

20  yet being on file in this case, the parties jointly request that the Case Management Conference be

21  continued for 45-60 days.

22

23  Dated: October 23, 2007              /s/ Fred W. Schwinn
                                         Fred W. Schwinn, Esq.
24                                       Attorney for Plaintiff
                                         PATRICIA CLAIRE BANKSTON
25

26  Dated: October 23, 2007              /s/ Michael J. Hassen
                                         Michael J. Hassen, Esq.
27                                       Attorney for Defendant
                                         PHYCOM CORP.
28

-1-

JOINT REQUEST TO CONTINUE CMC                                Case No. C07-03982-JF-PVT

**[PROPOSED] ORDER**

Having considered the parties' Joint Request to Continue Case Management Conference, the request is GRANTED. A Case Management Conference shall be held on __12/21/07__, at 10:30 a.m. in Courtroom 3. The parties shall file a Joint Case Management Statement no later than __12/14/07__.

Dated: __10/24/07__

Honorable Jeremy Fogel
United States Judge