JEFFER, MANGELS, BUTLER & MARMARO LLP
MICHAEL J. HASSEN (Bar No. 124823), mjh@jmbm.com
J. T. WELLS BLAXTER (Bar No. 190222),
WBlaxter@jmbm.com
Two Embarcadero Center, Fifth Floor
San Francisco, California 94111-3824
Telephone: (415) 398-8080
Facsimile: (415) 398-5584

Attorneys for Defendant PHYCOM CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PATRICIA CLAIRE BANKSTON,<br>Plaintiff,<br>v.<br>PHYCOM CORP.,<br>Defendant. | CASE NO. C07-03982 JF PVT<br><br>NOTICE OF SERVICE OF DEFENDANT'S INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26 (a) (1) |

COMES NOW the Defendant, Phycom. Corp., by and through its counsel, Michael J. Hassen, Esq. of Jeffer, Mangels, Butler & Marmaro LLP, and hereby notifies the Court that on the 26th day of October, 2007, a true and correct copy of the Defendant's Initial Disclosures Pursuant to Fed. R. Civ. P. 26 (a) (1) and a copy of this notice were deposited in the United States mail, postage prepaid, addressed to the following:

Fred W. Schwinn, Esq.
Consumer Law Center, Inc.
12 South First Street, Suite 1014
San Jose, CA 95113-2403

DATED: October 26, 2007

JEFFER, MANGELS, BUTLER & MARMARO LLP
MICHAEL J. HASSEN

By: /s/ Michael J. Hassen
MICHAEL J. HASSEN
Attorneys for Defendant PHYCOM CORP.

JMBM Jeffer Mangels Butler & Marmaro LLP

PRINTED ON RECYCLED PAPER