UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Law and Motion Hearing, November 16, 2007
**Case Number:** CV-07-3982-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

TITLE:          **PATRICIA BANKSTON  V.  PHYCOM CORP.**

            **PLAINTIFF**                                    **DEFENDANT**

   Attorneys Present: Fred Schwinn                    Attorneys Present: Michael Hassen

---

PROCEEDINGS:

   Hearing on Motion to Dismiss held.  Parties are present.  The motion is taken under submission.