1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 1014
   San Jose, California 95113-2418
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   PATRICIA CLAIRE BANKSTON

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| PATRICIA CLAIRE BANKSTON,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>PHYCOM CORP., a California corporation,<br><br>　　　　　　　Defendant. | Case No. C07-03982-JF-PVT<br><br>**REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT, PHYCOM CORP.** |

TO: CLERK OF THE DISTRICT COURT:

Please enter a default in this matter against Defendant, PHYCOM CORP., on the ground that said party has failed to plead or otherwise defend this action within the time prescribed by the Federal Rules of Civil Procedure. Specific facts supporting the entry of default are set forth in the accompanying declaration of counsel.

　　　　　　　　　　　　　　　　　　　　　　　　　CONSUMER LAW CENTER, INC.

Dated: December 10, 2007　　　　　　　　　　By: /s/ Fred W. Schwinn
　　　　　　　　　　　　　　　　　　　　　　　　　　　Fred W. Schwinn, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　　　　　　PATRICIA CLAIRE BANKSTON

---

REQUEST FOR ENTRY OF DEFAULT　　　　　　　　　　　　　　　　　Case No. C07-03982-JF-PVT