Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
PATRICIA CLAIRE BANKSTON

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| PATRICIA CLAIRE BANKSTON,<br><br>Plaintiff,<br><br>v.<br><br>PHYCOM CORP., a California corporation,<br><br>Defendant. | Case No. C07-03982-JF-PVT<br><br>**DECLARATION OF COUNSEL IN SUPPORT OF ENTRY OF DEFAULT AGAINST DEFENDANT, PHYCOM CORP.**<br><br>[Fed. R. Civ. P. 55(a)] |

FRED W. SCHWINN, hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following statements are true and correct:

1. I am an attorney and counselor at law, duly admitted to practice before this Court, and the counsel of record for Plaintiff. In my capacity as the counsel of record for Plaintiff, I have personal knowledge of the matters stated in this declaration.

2. I hereby make application to the Clerk of this Court for entry of default as to Defendant, PHYCOM CORP., pursuant to Rule 55(a), Federal Rules of Civil Procedure, and in support of this application do show that:

   a. Defendant was personally served, through its agent for service of process, with copies of Plaintiff's Summons and Complaint as provided by Rule 4(c)(1), Federal Rules of Civil Procedure;

   b. Upon Plaintiff's information and belief, the Defendant, being a California corporation with its principal place of business in

1             Modesto, California, is neither an infant nor an incompetent person
2             requiring special service in accordance with Rule 4(g), Federal Rules
3             of Civil Procedure, and is not serving with the armed forces of the
4             United States entitled to the protection of 50 U.S.C. App. Section
5             520;
6   c.  After being served with the Summons and Complaint in this case,
7             Defendant filed a Motion to Dismiss pursuant to Fed. R. Civ. P.
8             12(b)(6) on September 10, 2007. Defendant's Motion to Dismiss was
9             denied by an Order of this Court entered on November 19, 2007.
10            Pursuant to Fed. R. Civ. P. 12(a)(4)(A) Defendant's Answer to the
11            Complaint was due on or before December 5, 2007.
12   d.  Defendant has failed to answer Plaintiff's Complaint, and the time to
13            do so has expired;
14   e.  Copies of this Declaration and the Request for Entry of Default,
15            seeking entry of default, which are being filed herewith, have this
16            date been served upon Defendant by regular mail, postage prepaid.

18 Executed on December 10, 2007, at San Jose, California.

20                               /s/ Fred W. Schwinn
21                               Fred W. Schwinn, Esq.
                                Attorney for Plaintiff
                                PATRICIA CLAIRE BANKSTON

DECLARATION OF COUNSEL         Case No. C07-03982-JF-PVT