**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| PATRICIA CLAIRE BANKSTON,<br><br>    Plaintiff,<br><br>v.<br><br>PHYCOM CORP., a California corporation,<br><br>    Defendant. | Case No. C07-03982-JF-PVT<br><br>**ENTRY OF DEFAULT AGAINST DEFENDANT, PHYCOM CORP.** |

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

Name: PHYCOM CORP.

Therefore, default is entered against the defendant as authorized by Fed R. Civ. P. 55(a).

_____
Clerk of the Court

_____     By: _____
Date                             Deputy Clerk

ENTRY OF DEFAULT                                            Case No. C07-03982-JF-PVT