1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 1014
   San Jose, California 95113-2418
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   PATRICIA CLAIRE BANKSTON

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| PATRICIA CLAIRE BANKSTON,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>PHYCOM CORP., a California corporation,<br><br>　　　　　　　　Defendant. | Case No. C07-03982-JF-PVT<br><br>**CERTIFICATE OF SERVICE BY MAIL** |

STATE OF CALIFORNIA    )
                       ) ss:
COUNTY OF SANTA CLARA  )

　　　I am employed in the County of Santa Clara, California. I am over the age of eighteen years and not a party to the within entitled cause. My business address is 12 South First Street, Suite 1014, San Jose, California 95113-2418. On December 10, 2007, I served the following:

　　　1.　REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT, PHYCOM CORP.

　　　2.　DECLARATION OF COUNSEL IN SUPPORT OF ENTRY OF DEFAULT AGAINST DEFENDANT, PHYCOM CORP.

　　　3.　ENTRY OF DEFAULT AGAINST DEFENDANT, PHYCOM CORP.

on the interested parties in said cause, by placing a true and correct copy thereof in a sealed envelope with postage fully prepaid thereon and depositing it in the United States mail at San Jose, California addressed as follows:

-2-

**CHAMBERS COPY:**
The Honorable Jeremy Fogel
United States District Court
280 South First Street, #2112
San Jose, CA 95113-3008

**COUNSEL FOR DEFENDANT:**
Michael J. Hassen
Jeffer Mangels Butler & Marmaro, LLP
Two Embarcadero Center, 5th Floor
San Francisco, CA 94111-3824

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at San Jose, California on December 10, 2007.

/s/ Fred W. Schwinn