**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

December 14, 2007

RE: CV 07-03982 JF    PATRICIA CLAIRE BANKSTON -v- PHYCOM CORPORATION

Default is entered as to Defendant, Phycom Corp. on 12/12/2007.

RICHARD W. WIEKING, Clerk

*[signature: Gordana Macic]*

by Gordana Macic
Case Systems Administrator

NDC TR-4 Rev. 3/89