Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
PATRICIA CLAIRE BANKSTON

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| PATRICIA CLAIRE BANKSTON,<br><br>    Plaintiff,<br><br>v.<br><br>PHYCOM CORP., a California corporation,<br><br>    Defendant. | Case No. C07-03982-JF-PVT<br><br>**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

    Plaintiff in the above-entitled action requests a continuance of the Case Management Conference currently scheduled for December 21, 2007. On December 10, 2007, Plaintiff's counsel sent a draft Joint Case Management Statement to counsel for Defendant and requested his input in drafting a finalized document for the Court. Later that day, counsel for Defendant faxed a letter to Plaintiff's counsel in which he stated that Defendant intended to default on the merits of Plaintiff's claims and, thereafter, oppose Plaintiff's request for statutory damages and attorney fees. Defendant's counsel also refused to participate in the drafting of a Joint Case Management Statement for the Court. On December 12, 2007, the Court Clerk entered the default of Defendant in this case. (Doc. 21) Plaintiff is currently preparing a Motion for Default Judgment against Defendant which will be filed shortly. In light of Defendant's default in this matter, Plaintiff requests that the Case Management Conference be continued for forty-five (45) to ninety (90) days.

/ / /

/ / /

1  Dated: December 18, 2007                    /s/ Fred W. Schwinn
                                               Fred W. Schwinn, Esq.
2                                              Attorney for Plaintiff
                                               PATRICIA CLAIRE BANKSTON
3

4                                    **[PROPOSED] ORDER**

5       Having considered the Plaintiff's Request to Continue Case Management Conference, the

6  request is GRANTED.  A Case Management Conference shall be held on _____, at

7  10:30 a.m. in Courtroom 3.  Plaintiff shall file a Case Management Statement no later than

8  _____.

9

10  Dated: _____                   _____
                                               Honorable Jeremy Fogel
11                                             United States District Judge