ALTERNATIVE DISPUTE RESOLUTION PROGRAM
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**ROBIN W. SIEFKIN**
ADR PROGRAM STAFF ATTORNEY

**G. DANIEL BOWLING**
ADR PROGRAM STAFF ATTORNEY

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
TEL: (415) 522-2199
FAX: (415) 522-4112

Writer's Direct Dial:
415-522-2059

January 3, 2008

Fred W. Schwinn
Consumer Law Center, Inc.
12 South First Street, Suite 1014
San Jose, CA 95113-2403
408-294-6100

Michael John Hassen
Jeffer, Mangels, Butler & Marmaro
Two Embarcadero Center, Fifth Floor
San Francisco, CA 94111
415-398-8080

Re:   Bankston v. Phycom Corporation
      Case No. C 07-03982 JF MED

Dear Counsel:

   The ADR Program would like to convene a conference call with ADR Program Staff Attorney or Director to discuss the Mediation referral. We would like to schedule this for **Thursday, January 17, 2008 at 10:00 a.m.** This office will initiate the call to the phone numbers above unless directed otherwise. Please call me at 415-522-2059 as soon as possible to confirm your availability and to give me the phone number where you can be reached.

   Thank you for your attention to this matter.

Sincerely,

Claudia M. Forehand
ADR Case Administrator

/cmf