Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
PATRICIA CLAIRE BANKSTON

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| PATRICIA CLAIRE BANKSTON,<br><br>Plaintiff,<br><br>v.<br><br>PHYCOM CORP., a California corporation,<br><br>Defendant. | Case No. C07-03982-JF-PVT<br><br>**DECLARATION OF PATRICIA CLAIRE BANKSTON IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT**<br><br>[Fed. R. Civ. P. 55(b)(2)] |

PATRICIA CLAIRE BANKSTON, hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following statements are true and correct:

1. I am the Plaintiff in this case, and I have personal knowledge of the matters stated in this declaration.

2. This declaration is being submitted in support of my Motion for Default Judgment by this Court against Defendant, PHYCOM CORP., (hereinafter "Defendant").

3. On a date or dates unknown to me, I incurred a financial obligation to Radiological Associates for medical services (hereinafter "the debt"). The debt to Radiological Services was incurred primarily for personal, family or household purposes.

4. Thereafter, Defendant sent a collection letter to me attempting to collect the debt owed to Radiological Associates.

5. A true and accurate copy of the collection letter that I received from Defendant is attached hereto, marked Exhibit "1," and by this reference is incorporated herein.

6. The collection letter is dated August 10, 2006.

7. The collection letter was Defendant's first written notice to me in connection with collecting the debt owed to Radiological Associates.

8. The August 10, 2006 collection letter states:

> . . . to make sure that you protect yourself, you should pay the balance in full, or contact our office to discuss your plans for payment. If you do not telephone, the Doctor will consider using a collection agency or civil action to pursue the debt.

9. It is my belief that Defendant nor Radiological Associates intended to file a lawsuit against me to collect the $35 debt as threatened in the collection letter (Exhibit "1").

10. The August 10, 2006 collection letter further states:

> Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notice this office within 30 days from receiving this notice, the office will: obtain verification of the debt or obtain a copy of a judgment and mail a copy of such judgment or verification to you.

Executed on January 17, 2008, at San Jose, California.

*Patricia Claire Bankston*
Patricia Claire Bankston

---

- 2 -

DECLARATION OF PATRICIA CLAIRE BANKSTON   Case No. C07-03982-JF-PVT