# Exhibit "A"

## Consumer Law Center, Inc.

12 South First Street, Suite 1014
San Jose, CA  95113-2418

---

*Invoice submitted to:*
Patricia Claire Bankston
6503 San Ignacio Avenue
San Jose CA 95119-1733

January 17, 2008

Invoice #10005

Professional Services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 6/23/2007 FWS | Meeting with<br>Client - Re: Initial Interview | 0.20<br>300.00/hr | 60.00 |
| FWS | Research<br>Defendant Identification | 0.50<br>300.00/hr | 150.00 |
| FWS | Meeting with<br>Client - Re: Explaining claims and engagement letter | 0.50<br>300.00/hr | 150.00 |
| 7/14/2007 FWS | Drafting Documents<br>Complaint | 2.10<br>300.00/hr | 630.00 |
| FWS | Drafting Documents<br>Civil Cover Sheet and Summons | 0.10<br>300.00/hr | 30.00 |
| 8/2/2007 FWS | Receive & Review<br>Order Setting Initial Case Management Conference and ADR<br>Deadlines | 0.20<br>300.00/hr | 60.00 |
| 8/7/2007 FWS | Drafting Documents<br>Service Packet for Defendant | 0.10<br>300.00/hr | 30.00 |
| FWS | Draft Letter to<br>Letter to Client Re: Complaint Filed | 0.10<br>300.00/hr | 30.00 |
| 8/14/2007 FWS | Draft Email to<br>Judge Fogel's Chambers - Re: Emailed copy of Complaint and<br>Exhibits to Judge's Chambers per local rules. | 0.10<br>300.00/hr | 30.00 |
| 8/22/2007 FWS | Drafting Documents<br>Summons Returned Executed | 0.10<br>300.00/hr | 30.00 |

Patricia Claire Bankston

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 8/24/2007 FWS | Telephone call<br>from Michael Hassen - Re: Confirming service date | 0.10<br>300.00/hr | 30.00 |
| 9/10/2007 FWS | Receive & Review<br>Faxed letter from Michael Hassen - Re: He wants a settlement offer<br>and an extension of time to file an answer | 0.10<br>300.00/hr | 30.00 |
| FWS | Draft Letter to<br>Michael Hassen - Re: Settlement offer (faxed to 415-398-5584) | 0.10<br>300.00/hr | 30.00 |
| FWS | Receive & Review<br>Fax from Michael J. Hassen - Re: filed motion to dismiss | 0.10<br>300.00/hr | 30.00 |
| FWS | Receive & Review<br>Certificate of Interested Entities or Parties filed by PhyCom Corp. | 0.10<br>300.00/hr | 30.00 |
| FWS | Receive & Review<br>Motion to Dismiss filed by PhyCom Corp. | 0.50<br>300.00/hr | 150.00 |
| 9/11/2007 FWS | Receive & Review<br>Faxed letter from Michael Hassen - Re: They reject our settlement<br>offer and offer $2,500 inclusive of attorney fees and costs. | 0.10<br>300.00/hr | 30.00 |
| 9/13/2007 HM | Telephone call<br>Telephone call To Patricia Claire Bankston - Voice Mail --- Please<br>call to set appointment for phone conference. | 0.10 | NO CHARGE |
| 9/24/2007 FWS | Receive & Review<br>Faxed letter from Michael Hassen - Re: If we do not accept their<br>settlement offer he will tell the Judge | 0.10<br>300.00/hr | 30.00 |
| FWS | Draft Email to<br>Client - Re: Please call me. | 0.10<br>300.00/hr | 30.00 |
| FWS | Telephone call<br>To Patricia Claire Bankston - Re: Voice Mail | 0.10<br>300.00/hr | NO CHARGE |
| FWS | Telephone call<br>From Client - Re: Case Update - She will reject PhyCom's<br>settlement offer and we will push the case forward. | 0.50<br>300.00/hr | 150.00 |
| 9/26/2007 FWS | Draft Letter to<br>Michael Hassen - Re: Defendant's settlement offer and legal<br>positions rejected by Plaintiff. (faxed to 415-398-5584) | 0.10<br>300.00/hr | 30.00 |
| 10/1/2007 HM | Telephone call<br>Telephone call To Patricia Claire Bankston - Voice Mail --- Please<br>Call. | 0.10 | NO CHARGE |
| 10/2/2007 FWS | Drafting Documents<br>Notice of Unavailability of Counsel | 0.10<br>300.00/hr | 30.00 |

Patricia Claire Bankston                                                                                    Page    3

|  |  | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/9/2007 | FWS | Meeting with<br>Client - Re: Explaining ADR options & ADR Handbook - Signing<br>ADR Certification | 0.50<br>300.00/hr | 150.00 |
| 10/15/2007 | FWS | Receive & Review<br>Defendant's ADR Certification | 0.10<br>300.00/hr | 30.00 |
|  | FWS | Drafting Documents<br>Plaintiff's Memorandum of Points and Authorities in Opposition to<br>Defendant's Motion to Dismiss Complaint Pursuant to FRCP<br>12(b)(6) | 3.50<br>300.00/hr | 1,050.00 |
|  | FWS | Receive & Review<br>Email from Michael Hassen - Re: I am authorized to file the<br>Stipulation and Proposed Order Selecting ADR Process with his<br>electronic signature on it. | 0.10<br>300.00/hr | 30.00 |
|  | FWS | Draft Email to<br>Michael Hassen - Re: Stipulation and Proposed Order Selecting<br>ADR Process | 0.10<br>300.00/hr | 30.00 |
|  | FWS | Drafting Documents<br>Stipulation and Proposed Order Selecting ADR Process | 0.10<br>300.00/hr | 30.00 |
| 10/18/2007 | FWS | Receive & Review<br>Faxed letter from Michael Hassen - Re: They want to use JAMS for<br>the mediation? | 0.10<br>300.00/hr | 30.00 |
|  | FWS | Receive & Review<br>Order Referring Case to Mediation | 0.10<br>300.00/hr | 30.00 |
| 10/22/2007 | FWS | Telephone call<br>To Michael J. Hassen - Re: Voice Mail | 0.10<br>300.00/hr | NO CHARGE |
| 10/23/2007 | FWS | Drafting Documents<br>Plaintiff's Memorandum of Points and Authorities in Opposition to<br>Defendant's Motion to Dismiss Complaint Pursuant to FRCP<br>12(b)(6) | 0.50<br>300.00/hr | 150.00 |
|  | FWS | Receive & Review<br>Email from Michael Hassen - Re: The Joint Request to Continue<br>CMC is approved for filing with his electronic signature | 0.10<br>300.00/hr | 30.00 |
|  | FWS | Drafting Documents<br>Notice of Service of Plaintiff's Initial Disclosures Pursuant to Fed. R.<br>Civ. P. 26(a)(1) | 0.10<br>300.00/hr | 30.00 |
|  | FWS | Drafting Documents<br>Plaintiff's Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1) | 0.30<br>300.00/hr | 90.00 |

Patricia Claire Bankston

Page    4

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/23/2007 | FWS | Draft Email to<br>Michael Hassen - Re: Joint Request to Continue Case Management Conference and Proposed Order | 0.10<br>300.00/hr | 30.00 |
| | FWS | Drafting Documents<br>Joint Request to Continue Case Management Conference and Proposed Order | 0.20<br>300.00/hr | 60.00 |
| | FWS | Telephone call<br>From Hassen, Michael J. - Re: We will file a stipulation to move the CMC date back 45-60 days. | 0.20<br>300.00/hr | 60.00 |
| | FWS | Telephone call<br>To Michael J. Hassen - Re: Left Message | 0.10<br>300.00/hr | NO CHARGE |
| 10/24/2007 | FWS | Receive & Review<br>Order Granting Joint Request to Continue Case Management Conference | 0.10<br>300.00/hr | 30.00 |
| 10/29/2007 | HM | Telephone call<br>Telephone call To Patricia Claire Bankston - Voice Mail --- Please call. | 0.10 | NO CHARGE |
| 11/8/2007 | FWS | Receive & Review<br>Notice of Phycom's Service of Initial Disclosures | 0.10<br>300.00/hr | 30.00 |
| | FWS | Receive & Review<br>Defendant Phycom Corp.'s Reply Memorandum of Points and Authorities in Support of Motion to Dismiss Complaint | 0.40<br>300.00/hr | 120.00 |
| | FWS | Receive & Review<br>Defendant's Initial Disclosures | 0.10<br>300.00/hr | 30.00 |
| 11/16/2007 | FWS | Reviewing Documents<br>Prepare for Hearing on Motion to Dismiss | 0.50<br>300.00/hr | 150.00 |
| | FWS | Attend<br>Hearing on Motion to Dismiss - Re: Motion denied | 0.50<br>300.00/hr | 150.00 |
| 11/20/2007 | FWS | Receive & Review<br>Order Denying Motion to Dismiss | 0.40<br>300.00/hr | 120.00 |
| 11/21/2007 | FWS | Receive & Review<br>Call to Judge Fogel's chambers - Re: The Order Denying Motion to Dismiss appears to be a draft as it contains a footnote note to Judge Fogel that was likely not intended to be in the final Order. | 0.10<br>300.00/hr | 30.00 |
| 11/27/2007 | FWS | Draft Email to<br>Michael Hassen - Re: As we have previously discussed, we are happy to use the mediators supplied by the Court's ADR Unit. Please file your client's Answer. | 0.10<br>300.00/hr | 30.00 |

Patricia Claire Bankston

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/27/2007 FWS | Receive & Review<br>Email from Michael Hassen - Re: Now that the Rule 12(b)(6) motion has been denied, we need to select a mediator. | | 0.20<br>300.00/hr | 60.00 |
| 12/10/2007 FWS | Drafting Documents<br>Request for Entry of Default and related documents | | 0.30<br>300.00/hr | 90.00 |
| FWS | Receive & Review<br>Faxed letter from Michael Hassen - Re: They will not file an Answer or participate in this case.  We should file a default and they will fight us on the attorney fees. | | 0.10<br>300.00/hr | 30.00 |
| FWS | Draft Email to<br>Michael Hassen - Re: Joint Case Management Statement and Federal Rule of Civil Procedure 26(f) Discovery Plan | | 0.10<br>300.00/hr | 30.00 |
| FWS | Drafting Documents<br>Joint Case Management Statement and Federal Rule of Civil Procedure 26(f) Discovery Plan | | 0.50<br>300.00/hr | 150.00 |
| 12/14/2007 FWS | Receive & Review<br>Clerk's Notice of Entry of Default against PhyCom Corp. | | 0.10<br>300.00/hr | 30.00 |
| 12/18/2007 FWS | Drafting Documents<br>Motion to Continue Case Management Conference and Proposed Order | | 0.20<br>300.00/hr | 60.00 |
| FWS | Receive & Review<br>Order Granting Request to Continue Case Management Conference | | 0.10<br>300.00/hr | 30.00 |
| 1/3/2008 FWS | Receive & Review<br>ADR Clerk's Notice Setting ADR Phone Conference | | 0.10<br>300.00/hr | 30.00 |
| 1/4/2008 FWS | Telephone call<br>to Claudia Forehand @ the ADR Unit - Re: We will not need an ADR phone conference as the Defendant has chosen to default. She wants me to send them a letter so that it can be taken out of there system. | | 0.10<br>300.00/hr | 30.00 |
| 1/16/2008 FWS | Drafting Documents<br>Notice of Motion and Motion with Memorandum of Points and Authorities in Support of Default Judgment | | 1.70<br>300.00/hr | 510.00 |
| FWS | Drafting Documents<br>Declaration of Patricia Claire Bankston in Support of Motion for Default Judgment | | 0.40<br>300.00/hr | 120.00 |
| FWS | Telephone call<br>to Client - Re: Voice mail | | 0.10<br>300.00/hr | NO CHARGE |

Patricia Claire Bankston                                                                 Page      6

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 1/16/2008 FWS | Drafting Documents<br>Declaration of Fred W. Schwinn in Support of Motion for Default<br>Judgment Awarding Attorney Fees and Costs | 0.80<br>300.00/hr | 240.00 |
| FWS | Review File<br>Review and Edit Billing Records | 0.50<br>300.00/hr | 150.00 |
| 1/17/2008 FWS | Meeting with<br>Client - Re: Case Update - Sign Declaration in Support of Motion for<br>Default Judgment | 0.50<br>300.00/hr | 150.00 |
| | **For professional services rendered** | **20.80** | **$6,030.00** |

Additional Charges :

|  |  | Qty/Price | |
|---|---|---|---|
| 7/14/2007 FWS | Photocopying Expense<br>38 Copies @ $.20/copy - Re: Copies of Complaint, Summons, and<br>related documents for Filing with the Clerk of the District Court | 38<br>0.20 | 7.60 |
| 8/2/2007 FWS | Filing Fee Expense<br>Case Filing Fee - $350.00 | 1<br>350.00 | 350.00 |
| 8/7/2007 HM | Photocopying Expense<br>10 Copies @ $.20/copy - Re: Copy of Complaint sent to Client | 10<br>0.20 | 2.00 |
| HM | Postage Expense<br>Postage Expense - $0.75 - Re: Copy of Complaint sent to Client | 1<br>0.75 | 0.75 |
| 8/21/2007 FWS | Process Server Fees<br>One Legal, Inc. - $64.00 - Re: PhyCom Corp. | 1<br>64.00 | 64.00 |
| 10/23/2007 JRL | Photocopying Expense<br>7 Copies @ $.20/copy - Re: Copy of Initial Disclosures Served on<br>Defendant | 7<br>0.20 | 1.40 |
| JRL | Postage Expense<br>Postage Expense - $.58 - Re: Copy of Initial Disclosures Served on<br>Defendant | 1<br>0.58 | 0.58 |
| FWS | Photocopying Expense<br>11 Copies @ $.20/copy - Re: Plaintiff's Memorandum of Points and<br>Authorities in Opposition to Defendant's Motion to Dismiss<br>Complaint Pursuant to FRCP 12(b)(6) (Chambers Copy) | 11<br>0.20 | 2.20 |
| FWS | Postage Expense<br>Postage Expense - $.75 - Re: Plaintiff's Memorandum of Points and<br>Authorities in Opposition to Defendant's Motion to Dismiss<br>Complaint Pursuant to FRCP 12(b)(6) (Chambers Copy) | 1<br>0.75 | 0.75 |

Patricia Claire Bankston                                                    Page      7

|                            | Amount |
|----------------------------|--------|
| **Total costs**            | **$429.28** |
| **Total amount of this bill** | **$6,459.28** |
| Balance due                | $6,459.28 |