**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| PATRICIA CLAIRE BANKSTON,<br><br>                    Plaintiff,<br><br>v.<br><br>PHYCOM CORP., a California corporation,<br><br>                    Defendant. | Case No.  C07-03982-JF-PVT<br><br>**[PROPOSED] JUDGMENT** |

    This action came on for hearing before the Court, Honorable Jeremy Fogel, District Judge, presiding, and the issues having been duly heard and a decision having been duly rendered,

    It is Ordered and Adjudged that Plaintiff, PATRICIA CLAIRE BANKSTON, recover of Defendant, PHYCOM CORP., the sum of $9,459.28, with interest thereon at the rate provided by law.

Dated at San Jose, California, this _____ day of February, 2008.


                                                                                      _____
                                                                                      The Honorable Jeremy Fogel
                                                                                      Unites States District Judge

---

JUDGMENT                                                                                                          Case No.  C07-03982-JF-PVT