Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
PATRICIA CLAIRE BANKSTON

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| PATRICIA CLAIRE BANKSTON,<br><br>              Plaintiff,<br><br>v.<br><br>PHYCOM CORP., a California corporation,<br><br>              Defendant. | Case No. C07-03982-JF-PVT<br><br>**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

Plaintiff in the above-entitled action requests a continuance of the Case Management Conference currently scheduled for February 15, 2008. On January 18, 2007, Plaintiff filed a Motion for Default Judgment. Said motion is set for hearing on February 22, 2008, at 9:00 a.m. In light of the pending Motion for Default Judgment in this matter, Plaintiff requests that the Case Management Conference be continued to February 22, 2008, and that no further Case Management Statement shall be required.

Dated: February 2, 2008               /s/ Fred W. Schwinn
                                      Fred W. Schwinn, Esq.
                                      Attorney for Plaintiff
                                      PATRICIA CLAIRE BANKSTON

-1-

REQUEST TO CONTINUE CMC                                      Case No. C07-03982-JF-PVT

**[PROPOSED] ORDER**

Having considered the Plaintiff's Request to Continue Case Management Conference, the request is GRANTED. A Case Management Conference shall be held on February 22, 2008, at 10:30 a.m. in Courtroom 3. No further Case Management Statement shall be required.

Dated: _____

                                              Honorable Jeremy Fogel
United States District Judge