Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
PATRICIA CLAIRE BANKSTON

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| PATRICIA CLAIRE BANKSTON,<br><br>    Plaintiff,<br><br>v.<br><br>PHYCOM CORP., a California corporation,<br><br>    Defendant. | Case No. C07-03982-JF-PVT<br><br>**SUPPLEMENTAL DECLARATION OF FRED W. SCHWINN IN SUPPORT OF MOTION FOR ATTORNEY FEES AND COSTS**<br><br>Date:         February 22, 2008<br>Time:         9:00 a.m.<br>Judge:        Honorable Jeremy Fogel<br>Courtroom: 3, 5th Floor<br>Place:         280 South First Street<br>                    San Jose, California |

I, Fred W. Schwinn, declare under penalty of perjury, under the laws of the United States, 28 U.S.C. § 1746, that the following statements are true:

    1.    I am counsel for the Plaintiff in the above captioned case.

    2.    On September 10, 2007, I sent Defendant's counsel, Michael J. Hassen, a letter which conveyed a settlement offer in the amount of $4,500.

    3.    As of September 10, 2007, I had spent a total of 4.1 hours litigating the case. At $300.00 per hour, this is a total of $1,230.00 in attorney fees. A true and correct copy of my billing records have been previously filed with the Court, attached to the <u>Declaration of Fred Schwinn in Support of Motion for Attorney Fees and Costs</u> (Doc. 49) as Exhibit "A."

    4.    In addition to the attorney fees incurred by Plaintiff through September 10, 2007, my office had advanced $424.35 in costs by the date of the settlement offer:

| | |
|---|---|
| Filing fees to Clerk of Court | $ 350.00 |
| Process Server Fees | $64.00 |
| Photocopying - 48 @ $ .20 | $ 9.60 |
| Postage | $ .75 |
| TOTAL | $ 424.35 |

5. Plaintiff sought a maximum of $3,000.00 in statutory damages in this case consisting of $1,000.00 pursuant to 15 U.S.C. § 1692k(a)(2)(A), $1,000.00 pursuant to Cal Civil Code § 1788.30(b), and $1,000.00 pursuant to 15 U.S.C. § 1692k(a)(2)(A) as incorporated by Cal. Civil Code § 1788.17.

6. Adding together the statutory penalties and damages sought by Plaintiff with the attorney fees and costs incurred as of September 10, 2007, Plaintiff was entitled to a maximum recovery of $4,654.35. Therefore, the $4,500 requested by Plaintiff on September 10, 2007, was a reasonable settlement offer at the time it was offered.

7. I have spent an additional 3.0 hours in this matter reviewing the Defendant's Opposition and drafting this Declaration and Plaintiff's Reply Memorandum.

Executed at San Jose, California on February 6, 2008.

    /s/ Fred W. Schwinn
Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address:
fred.schwinn@sjconsumerlaw.com
Attorney for Plaintiff
PATRICIA CLAIRE BANKSTON