\*\*E-filed 2/7/08\*\*

1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 1014
   San Jose, California 95113-2418
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   PATRICIA CLAIRE BANKSTON

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| PATRICIA CLAIRE BANKSTON,<br><br>                 Plaintiff,<br><br>v.<br><br>PHYCOM CORP., a California corporation,<br><br>                 Defendant. | Case No. C07-03982-JF-PVT<br><br>**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND [P~~ROPOSED~~] ORDER** |

    Plaintiff in the above-entitled action requests a continuance of the Case Management Conference currently scheduled for February 15, 2008. On January 18, 2007, Plaintiff filed a <u>Motion for Default Judgment</u>. Said motion is set for hearing on February 22, 2008, at 9:00 a.m. In light of the pending <u>Motion for Default Judgment</u> in this matter, Plaintiff requests that the Case Management Conference be continued to February 22, 2008, and that no further Case Management Statement shall be required.

Dated: <u>February 2, 2008</u>          <u>/s/ Fred W. Schwinn</u>
                                              Fred W. Schwinn, Esq.
                                              Attorney for Plaintiff
                                              PATRICIA CLAIRE BANKSTON

**[PROPOSED] ORDER**

Having considered the Plaintiff's Request to Continue Case Management Conference, the request is GRANTED. A Case Management Conference shall be held on February 22, 2008, at 10:30 a.m. in Courtroom 3. No further Case Management Statement shall be required.

Dated: 2/7/08

_____
Honorable Jeremy Fogel
United States District Judge