**\*\*E-filed 2/20/08\*\***

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

PATRICIA CLAIRE BANKSTON,

    Plaintiff,

     v.

PHYCOM CORPORATION,

    Defendant.
_____

No. C-07-3982-JF

Clerks's Notice

To: All Counsel and Parties in the above named action.

The Court has vacated the hearing on Plaintiff's Motion to Enter Default Judgment, currently scheduled for February 22, 2008. The matter has been taken under submission at the request of the parties and pursuant to Civil Local Rule 7-1(b). No appearance is required, the Court will issue a written ruling.

Dated: 2/20/08

For the Court,
Richard W. Wieking, Clerk

Diana Munz
electronic signature
Courtroom Deputy