**\*\*E-filed 2/20/08\*\***

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF
CALIFORNIA
SAN JOSE DIVISION

PATRICIA CLAIRE BANKSTON,

        No. C-07-3982-JF

    Plaintiff,

     v.           Clerks's Notice

PHYCOM CORPORATION,

    Defendant.
_____

To: All Counsel and Parties in the above named action.

The Court has vacated the Case Management Conference currently
scheduled for February 22, 2008.  No appearance is required.


Dated: 2/20/08          For the Court,
                   Richard W. Wieking, Clerk

                   Diana Munz
                   electronic signature
                   Courtroom Deputy