**E-Filed 9/25/2008**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| PATRICIA CLAIRE BANKSTON,<br><br>Plaintiff,<br><br>v.<br><br>PHYCOM CORP., a California corporation,<br><br>Defendant. | Case Number C 07-03982 JF (PVT)<br><br>JUDGMENT |

Plaintiff's motion for default judgment having been granted, IT IS HEREBY ORDERED that judgment is entered in favor of Plaintiff. IT IS FURTHER ORDERED that Plaintiff is awarded $1,100 in damages, $5,580 in attorneys' fees, and $429.28 in costs.

The Clerk of the Court shall close the file.

DATED: September 25, 2008

_____
JEREMY FOGEL
United States District Court

1  This Order has been served upon the following persons:

Michael John Hassen     mjh@jmbm.com, kw4@jmbm.com

Fred W. Schwinn     fred.schwinn@sjconsumerlaw.com, cand_cmecf@sjconsumerlaw.com, fschwinn@gmail.com

2

Case No. C 07-03982
ORDER GRANTING MOTION FOR DEFAULT JUDGMENT
(JFLC1)